Petition for Writ of Habeas Corpus Denied and Opinion filed February 20,
2004









Petition for Writ of Habeas Corpus Denied and Opinion
filed February 20, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00146-CV

____________

 

IN RE RICHARD R. HIPOLITO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M  O P I N I O N

On February 19, 2004, relator,
Richard R. Hipolito, filed a petition for writ of
habeas corpus seeking release from jail. 
See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon Supp. 2004);  Tex. R. App. P. 52. 

We deny relator=s petition for writ of habeas corpus.

PER CURIAM

Petition Denied and Opinion filed
February 20, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.